UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMAR JAY SPENCER, ) <br> ) <br> Defendant. ) <br> _____) | NO.   CR08-5530BHS <br><br> ORDER TO <br> SEAL DOCUMENT |

Having read the Government's Motion to Seal (Dkt. 49) and because of sensitive information contained in the Government's Motion,

It is hereby ORDERED that the Government's Motion (Dkt. 49) shall remain sealed.

DATED this 6th day of April 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

Order to Seal Document/
*United States v. Jamar Jay Spencer*, CR08-5530BHS–1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970