UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JAMAR JAY SPENCER,<br><br>Defendant. | NO. 08-5530 BHS<br><br>Order Sealing Defense Sentencing Memo and Declaration of Phil Brennan |

Defendant Jamar Spencer moves the Court to seal the sentencing memo filed by his defense attorney on 3/31/2009 as well as the Declaration of Phil Brennan filed on this same date, on the grounds that both documents contain sensitive information. The Court finds the basis for this motion to be persuasive. The public's interest in having access to these documents is outweighed by the sensitive nature of the contents therein and the need to keep these matters out of the public view. Accordingly, the Court GRANTS the motion. Mr. Spencer's sentencing memo and the declaration of Phil Brennan shall both be filed under seal.

Entered this 6th day of April 2009.

_____
BENJAMIN H. SETTLE
US District Court Judge