UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | NO. CR08-5530BHS |
| v. | ) ) | GOVERNMENT'S ORDER TO SEAL |
| JAMAR JAY SPENCER, | ) ) | |
| Defendant. | ) ) | |

Having read the Government's Sentencing Memorandum, which was filed under seal, and the Government's Motion to Seal requesting that the Sentencing Memorandum be allowed to be filed under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum in this matter shall be sealed.

DATED this 6th day of April 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

Proposed Order to Seal
U. S. v. Jamar Jay Spencer, CR08-5530BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970